RECEIVED

OCT 1 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12 / 4 / 06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| ROBERT MAURICE HOGAN | CIVIL ACTION NO. 06-1028 |
| VS. | SECTION P |
| DOREEN FRANCIS, ET AL. | CHIEF JUDGE HAIK |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for purposes of proceeding in an *in forma pauperis* proceeding pursuant to 28 U.S.C. § 1915(d). If plaintiff exhausts his administrative remedies, with respect to the claims raised herein, he can present these §1983 claims again, but he may not proceed *in forma pauperis* to do so.

THUS DONE AND SIGNED, in chambers, in ~~Lake Charles~~ Lafayette, Louisiana, on this 4th day of December, 2006.

RICHARD T. HAIK, SR.
CHIEF JUDGE